O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VELASCO,<br><br>                Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>                Defendant. | CASE NO. SA CV 14-01432 RZ<br><br>JUDGMENT OF REMAND |

         In accordance with the Memorandum Opinion and Order filed concurrently herewith,

         IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion.

         DATED: April 8, 2015

                                                        RALPH ZAREFSKY<br>
                                        UNITED STATES MAGISTRATE JUDGE