DONALD R. BUCHANAN
171 S. ANITA DRIVE
SUITE 105
ORANGE, CALIFORNIA 92868
Telephone: (714) 567-0188
Fax: (714) 456-9646
E-mail: Donssatty@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSE VELASCO | ) | No. SACV 14-01432 RNB |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER AWARDING EAJA FEES |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Commissioner Of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND – THREE HUNDRED DOLLARS and no cents ($3,300.00) subject to the terms of the stipulation.

DATE: May 29, 2015     _____
HON. ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

-1-